UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KEVIN LYNCH,

                      Plaintiff,
     -against-                                       19 **CIVIL** 2648 (NSR)

### **JUDGMENT**

CHRISTINE SITARZ,

                      Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated July 19, 2021, the Court (1) has accepted the late-filed Amended Complaint as the operative instrument; (2) construes the United States' motion as against the Amended Complaint, (3) the United States' motion to substitute is granted, and (4) the case is dismissed for lack of subject matter jurisdiction without prejudice to recommencement; accordingly, this case is closed.

**Dated:**  New York, New York

      July 20, 2021

                                                           **RUBY J. KRAJICK**

                                                           **Clerk of Court**
                          **BY:**      *K. Mango*

                                                           **Deputy Clerk**